# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMSHER SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILIA BARDINI, et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-00841-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 6) |

　　On September 11, 2024, a stipulation was filed dismissing this action without prejudice and with each party to bear its own costs and attorneys' fees.  (ECF No. 6.)  The Court notes that no defendant has filed an answer or other responsive pleading.  In light of the stipulation of the parties, this action has been terminated, <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.

　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:　**September 11, 2024**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1